LATHAM Y. AVERY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued March 4, 1887; decided April 19, 1887.)

*Cornelius E. Stephens* for apppellant.

*Denis O'Brien, Attorney-General,* for respondent.

Agree to reverse award and for a new hearing on authority of *Heacock* v. *The State* (*ante,* p. 246.)
All concur.
Award reversed.